Case 6:23-cv-00035   Document 18   Filed on 04/15/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LAYNE CABALLERO, | § § § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 6:23-CV-00035 |
| | § | |
| AUSTIN HANNAH, | § § | |
| Defendant. | § § § | |

### ORDER

Before the Court is the parties' stipulation of dismissal with prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 17); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **ORDERED** to **CLOSE** this case. The parties shall be responsible for their own attorney fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
April 15, 2024